```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
AUGUSTINE CEJA-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUGUSTINE CEJA-MORENO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CR.S-05-115-FCD <br><br> **STIPULATION AND ORDER** <br><br> DATE: May 31, 2005 <br> TIME: 9:30.a.m. <br> JUDGE: HON. FRANK C. DAMRELL |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, AUGUSTINE CEJA-MORENO, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 16, 2005 at 9:30 a.m. be continued to Tuesday, May 31, 2005 at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to review the proposed plea agreement with the defendant.  The Spanish-speaking interpreter for the Federal Defender's Office will not be available until after May 20, 2005, and alternative methods need to be taken to translate the plea agreement and pre-plea probation report for Mr. Ceja-Moreno.

/ / /

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for May 31, 2005,
3 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).

DATED: May 12, 2005.          Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender


                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              AUGUSTINE CEJA-MORENO



                              McGREGOR SCOTT
                              United States Attorney



DATED: May 12, 2005.          /s/ Rachelle Barbour for
                              JASON HITT
                              Assistant U.S. Attorney


                              **O R D E R**

   **IT IS SO ORDERED.**

DATED: May 12, 1005

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL JR.
                              United States District Judge

**2**