```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
AUGUSTINE CEJA-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,     )<br>                            )<br>      v.                    )<br>                            )<br>AUGUSTINE CEJA-MORENO,      )<br>                            )<br>            Defendant.      )<br>                            )<br>_____) | Case No. CR.S-05-115-FCD<br><br>**STIPULATION AND ORDER**<br><br>DATE: June 13, 2005<br>TIME: 9:30.a.m.<br>JUDGE: Hon Frank C. Damrell Jr. |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, AUGUSTINE CEJA-MORENO, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 31, 2005 at 9:30 a.m. be continued to June 13, 2005 at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to review the proposed plea agreement with the defendant and a Spanish-language interpreter.

//

//

//

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for June 13, 2005,
3 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).

5 | DATED: May 26, 2005.            Respectfully submitted,

6 |                                 QUIN DENVIR
                                    Federal Defender
7 |

8 |                                 /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
9 |                                 Assistant Federal Defender
                                    Attorney for Defendant
10|                                 AUGUSTINE CEJA-MORENO

11|

12|                                 McGREGOR SCOTT
                                    United States Attorney
13|

14|

15| DATED: May 26, 2005.            /s/ Rachelle Barbour for
                                    JASON HITT
16|                                 Assistant U.S. Attorney

17|                                 **O R D E R**

18|    **IT IS SO ORDERED.**

19|

20| DATED: May 26, 2005             /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
21|                                 UNITED STATES DISTRICT JUDGE

**2**